TURNER v. BAKER et al., *Appellants.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

Ejectment. The case will be found fully reported in 64 Mo. 218.

*Nathaniel Holmes* and *Britton A. Hill* for appellants.

*Glover & Shepley* for respondent.

SHERWOOD, J.—This case is here for the third time. 42 Mo. 13; 64 Mo. 218.   We adhere to the conclusions we reached and announced when this cause was here on appeal the last time.   The principles there announced have been followed by the trial court, as well as by the St. Louis court of appeals, and we affirm the judgment.   All concur.